# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE SRP 2015 IRREVOCABLE TRUST, DATED NOVEMBER 4, 2015, AN IRREVOCABLE TRUST.

DR. KRISHNA MURTHY PINNAMANENI; AND FREDERICK P. WAID, CO-TRUSTEES OF THE SRP 2015 IRREVOCABLE TRUST, DATED NOVEMBER 4, 2015,

Appellants,

vs.

SHOBHA PINNAMANENI; SARITHA GHANTA; AND RAVI GHANTA,

Respondents.

No. 81872



FILED

JUL 30 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order granting a motion to enforce a settlement agreement. Eighth Judicial District Court, Clark County; Gloria Sturman, Judge.

This court has explained that a district court order granting a motion to enforce a settlement agreement but failing to resolve the pending claims between the parties is not a final, appealable order under NRAP 3A(b)(1). *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment as "one that disposes of all the issues presented in the case, and leaves nothing for the future consideration of the court, except for post-judgment issues such as attorney's fees and costs), *cf. Valley Bank of Nev. v. Ginsburg*, 110 Nev. 440, 444-46, 874 P.2d 729, 732-34 (1994) (a pre-dismissal order approving a settlement agreement is not a final judgment for purposes of NRAP 3A(b)(1)). Accordingly, this court directed appellants to show cause why this appeal should not be dismissed for lack

21-22141

of jurisdiction. Appellants have responded and argue that the district court's order directs appellants to pay a certain sum to respondent Shobha Pinnamaneni, thereby effectively resolving her claim against the trust and thereby serving as a final judgment. However, the district court's order does not dismiss the complaint and expressly directs the parties to take further action to finalize any agreement, and the "Mediation Term Sheet" itself is, by its terms, preliminary. Therefore, the order appealed from is not a final appealable order. NRAP 3A(b)(1); *Lee*, 116 Nev. at 426, 996 P.2d at 417. Because the district court has not yet entered a final judgment resolving all causes of action, this court lacks jurisdiction to consider this appeal and

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

cc:     Hon. Gloria Sturman, District Judge
        Carolyn Worrell, Settlement Judge
        McDonald Carano LLP/Las Vegas
        Solomon Dwiggins & Freer, Ltd.
        Eighth District Court Clerk